ORIGINAL

Prob. 35
(1/92)

Report and Order Terminating Probation /Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

FILED

NOV 18 2004

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA

v.

Crim. No. 99-CR-80508-DT-02

ELLIARD, Douglas D.

On May 17, 2002, the above named was placed on supervised release for a period of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Andrea E. Bickner
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 18th day of November, 20 04.

Honorable Arthur J. Tarnow
United States District Judge